# EXHIBIT 29

**Metropolitan Life®**
AND AFFILIATED COMPANIES

Metropolitan Life Insurance Company
One Madison Avenue, New York, NY 10010-3690

To                                                                                              Date 11/90

**Subject**  Ultimate Amount of Continuing Life Insurance Under the Provisions
of the General Motors Life and Disability Benefits Program
for Retirees With 10 or More Years of Participation

_____R E PORTER_____                    _____
           Retiree's Name                              Social Security Number

Metropolitan's records show that your Continuing Life Insurance has now fully reduced to the amount of $_____. This amount of Continuing Life Insurance will remain in effect for the rest of your life. If you are presently contributing toward your Continuing Life Insurance, you will no longer be required to make contributions once you attain age 65.

**Important:** Keep this notice with your other valuable papers.

If you have any questions regarding your Continuing Life Insurance, please contact:

Metropolitan Life Insurance Company

  14000         9              35001

G1661-GMHS (2-88) Printed in U.S.A.                    18000067935 (0288) Printed In U.S.A.



**Metropolitan Life**
AND AFFILIATED COMPANIES
*Metropolitan Life Insurance Company*

C

To                                                                 Date  **04/87**

**Subject**   Continuing Life Insurance after Age 65 for
Retirees with 10 or more Years of Participation

---
**J B BIDWELL**
Retiree's Name

---
Social {Security/Insurance} Number

Metropolitan records show that you now have :                     ¹˙ of Continuing Life Insurance in
effect, without cost to you, for the rest of your life.

**Important:** Keep this notice with your other valuable papers.

If you have any questions regarding your Continuing Life Insurance, please contact:

Metropolitan Life Insurance Company

**14000        9        10001**

G1661-GMHS (3-86) Printed In U.S.A.



**Metropolitan Life Insurance Company**
One Madison Avenue, New York, NY 10010-3690

C

To       Earl C. Walters, Jr.                                   Date 11/88

Subject   Ultimate Amount of Continuing Life Insurance Under the Provisions
          of the General Motors Life and Disability Benefits Program
          for Retirees With 10 or More Years of Participation

---

| E C WALTERS | |
|---|---|
| Retiree's Name | Social Security Number |

Metropolitan's records show that your Continuing Life Insurance has now fully reduced to the amount of $_____. This amount of Continuing Life Insurance will remain in effect for the rest of your life. If you are presently contributing toward your Continuing Life Insurance, you will no longer be required to make contributions once you attain age 65.

**Important:** Keep this notice with your other valuable papers.

If you have any questions regarding your Continuing Life Insurance, please contact:

INSURANCE ACTIVITY
REGIONAL PERSONNEL CENTER DAYTON
3400 SPRINGBORO PIKE
DAYTON, OHIO 45439

Metropolitan Life Insurance Company

14000         9         34001

G1661-GMHS (0288) Printed in U.S.A.                    18000067935 (0288) Printed in U.S.A.

C

**Metropolitan Life**
AND AFFILIATED COMPANIES

*Metropolitan Life Insurance Company*
*One Madison Avenue, New York, NY 10010-3690*

To *William I. Owens*    Date  05/89

**Subject**  Ultimate Amount of Continuing Life Insurance Under the Provisions of the General Motors Life and Disability Benefits Program for Retirees With 10 or More Years of Participation

| W I OWENS | |
|---|---|
| Retiree's Name | Social Security Number |

Metropolitan's records show that your Continuing Life Insurance has now fully reduced to the amount of $_____. This amount of Continuing Life Insurance will remain in effect for the rest of your life. If you are presently contributing toward your Continuing Life Insurance, you will no longer be required to make contributions once you attain age 65.

**Important:** Keep this notice with your other valuable papers.

If you have any questions regarding your Continuing Life Insurance, please contact:

INSURANCE ACTIVITY
REGIONAL PERSONNEL CENTER DAYTON
3400 SPRINGBORO PIKE
DAYTON, OHIO 45439

Metropolitan Life Insurance Company

14000        9         34001

G1661-GMHS (2-88) Printed in U.S.A.        18000067935 (0288) Printed in U.S.A.